✎JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/11)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston          **Category No.** II          **Investigating Agency** FBI

**City** Boston

**County** United States

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____

Same Defendant _____  New Defendant _____

Magistrate Judge Case Number  24-7560-JCB

Search Warrant Case Number  24-7442-JCB; 24-7425-7426-JCB

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____    ☐ Yes  ☐ No

**Defendant Information:**

Defendant Name  Jenel Flounoury                    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:  30 East Ashland Street, Apt 2, Brockton, MA 02301

Birth date (Yr only): 1995    SSN (last 4#): _____    Sex: Male    Race _____    Nationality: American

**Defense Counsel if known:**  Cara McNamara          **Address:**  Federal Defender - 51 Sleeper St.

Bar Number: _____          Boston MA 02210

**U.S. Attorney Information**

AUSA:  Mark Grady          Bar Number if applicable: _____

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**  pre trial release

**Arrest Date:**  December 10, 2024

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☑ On Pretrial Release:  Ordered by:  MJ Boal    on  12-10-24

**Charging Document:**  ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 1/16/2025          Signature of AUSA:  */s/ Mark Grady*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 2113 | Larceny from a Credit Union | 1 |
| Set 2 | 18 USC 371 | Conspiracy | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM -* Criminal Case Cover Sheet.pdf  3/4/2013

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston        **Category No.** II        **Investigating Agency** FBI

**City** Boston

**County** United States

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number    24-7560-JCB

Search Warrant Case Number    24-7442-JCB; 24-7425-7426-JCB

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____    ☐ Yes  ☐ No

**Defendant Information:**

Defendant Name    Justin Flounoury                    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): 1991    SSN (last 4#): _____    Sex: Male    Race _____    Nationality: American

**Defense Counsel if known:**  J. W. Carney , Jr.        Address:  Carney, Gaudet & Carney 20 Park Plaza

Bar Number: _____        Suite 614, Boston MA 02116

**U.S. Attorney Information**

AUSA:  Mark Grady        Bar Number if applicable: _____

**Interpreter:**  ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**  ☐ Yes  ☑ No        If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**    pre -trial release

**Arrest Date:**    12-10-24

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☑ On Pretrial Release:    Ordered by:  MJ Boal    on    12-10-24

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 1/16/2025        Signature of AUSA:  */s/ Mark Grady*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 2113 | Larceny from a Credit Union | 1 |
| Set 2 | 18 USC 371 | Conspiracy | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM -* Criminal Case Cover Sheet.pdf   3/4/2013